No. 81–6440. PASCHAL *v.* FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY, DIVISION OF EMPLOYMENT SECURITY, ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 81–6441. WATSON *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 81–6446. DAVID LYNN C. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–6447. AH LO ET AL. *v.* HAWAII. Int. Ct. App. Haw. Certiorari denied.

No. 81–6449. JOHNSON *v.* ADAMS. Sup. Ct. N. H. Certiorari denied.

No. 81–6450. HOLSEY *v.* MCCAULEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–6456. SAYERS *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 81–6457. SINCLAIR *v.* HUNTER, CHAIRMAN, LOUISIANA BOARD OF PARDONS. C. A. 5th Cir. Certiorari denied.

No. 81–6467. MCDONALD *v.* THOMPSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–6487. MOORE *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–6501. DUDLEY *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.